■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FAYE REYNOLDS, Appellant. [605 NYS2d 953] —Appeal by the defendant from a judgment of the County Court, Westchester County (Herold, J.), rendered December 9, 1991, convicting her of grand larceny in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence *(see,* CPL 470.15 [5]).

We also find that the sentencing court did not err in directing the defendant to make restitution in the amount of $6,000 *(see,* Penal Law § 60.27 [2]). Under the circumstances, the record before the court was sufficient to support a finding as to the appropriate amount of restitution *(see, People v Turco,* 130 AD2d 785). Thompson, J. P., Bracken, Balletta and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE RICH, Appellant. [605 NYS2d 953] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered June 22, 1992, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated the conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his prior conviction of attempted burglary in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.